**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**(SANTA ROSA)**

| | |
|---|---|
| In Re: | Case No. 07-11283 AJ 7 |
| RICHARD E. WARREN, JR., | Chapter: 7 |
| Debtor. | Adversary Proceeding No. 08-1005 |
| STOCKTON STREET ASSOCIATES, a California General Partnership, | Memorandum re Request for Default Judgment |
| Plaintiff, | |
| v. | |
| RICHARD E. WARREN, JR., | |
| Defendant. | |

-1-

The court does not usually spend much time on default judgments, but there are too many questions in this case for the court to issue a judgment without a prove-up hearing and some live testimony. The court does not understand why plaintiff (evidently) gave defendant funds outside of escrow, and why it had to pay off an unrecorded encumbrance (why wasn't it a bfp for value without notice?), and why if the encumbrance was recorded there was no title insurance. The court also does not understand why plaintiff seeks damages in the amount of the encumbrance and not just its out-of-pocket payments. The court declines to issue a judgment, even by default, until these questions are answered to the court's satisfaction.

The request for a default judgment will therefore not be considered until a hearing has been held. Plaintiff shall notice a hearing at 10:00 on any stay relief calendar or 9:00 on a Chapter 13 calendar. Plaintiff's representative most knowledgeable about the facts shall appear in person, will be sworn, and will be asked to address the court's concerns.

Dated: August 7, 2008

Alan Jaroslovsky
U.S. Bankruptcy Judge

-2-